# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE INSURANCE GROUP, LLC, QUOTELAB, LLC d/b/a MEDIAALPHA and DOES 1-10, <br><br> Defendants. | Case No. 1:20-cv-03690 <br><br> Honorable Judge Charles P. Kocoras |

## NOTICE OF DISMISSAL OF DEFENDANT QUOTELAB, LLC d/b/a MEDIAALPHA ONLY, WITHOUT PREJUDICE

Now comes the Plaintiff, GEORGE MOORE, by and through his attorneys, and respectfully requests the Court dismiss his claims against *only* Defendant QUOTELAB, LLC d/b/a MEDIAALPHA without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant QUOTELAB, LLC d/b/a MEDIAALPHA has not yet filed an answer or a motion for summary judgment.

Plaintiff's claims against Defendant LIGHTHOUSE INSURANCE GROUP, LLC remain pending before the Court. Defendant LIGHTHOUSE INSURANCE GROUP, LLC filed its Answer to Plaintiff's First Amended Complaint on December 29, 2020 (Dkt. #28).

RESPECTFULLY SUBMITTED,

GEORGE MOORE

/s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021 a copy of the foregoing Notice of Dismissal of Defendant Quotelab, LLC d/b/a MediaAlpha Only, Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff
